DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Bates<br><br>Case Below:<br>172 N.C. App. 27 | No. 456P05 | AG's Motion for Temporary Stay<br>(COA04-777) | Allowed<br>08/22/05 |
| State v. Batts<br><br>Case Below:<br>173 N.C. App. 233 | No. 565P05 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA04-1083) | Denied<br>11/03/05 |
| State v. Blancher<br><br>Case Below:<br>170 N.C. App. 171 | No. 309P05 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA04-260) | Denied<br>10/06/05 |
| State v. Borkar<br><br>Case Below:<br>173 N.C. App. 162 | No. 502P05 | 1. AG's Motion for Temporary Stay<br>(COA04-1159)<br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's PDR Under N.C.G.S. § 7A-31<br><br>4. Def's Conditional PDR Under N.C.G.S.<br>§ 7A-31 | 1. Allowed<br>Pending<br>Determination<br>of the State's<br>PDR<br>**09/16/05**<br>Stay Dissolved<br>**11/03/05**<br><br>2. Denied<br>11/03/05<br><br>3. Denied<br>11/03/05<br><br>4. Dismissed as<br>moot<br>11/03/05 |
| State v. Brewington<br><br>Case Below:<br>170 N.C. App. 264 | No. 335P05 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA03-1654) | Denied<br>10/06/05 |
| State v. Brigman<br><br>Case Below:<br>171 N.C. App. 305 | No. 453P05 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA04-563) | Denied<br>10/06/05 |
| State v. Brodie<br><br>Case Below:<br>171 N.C. App. 363 | No. 371P05 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA04-308) | Denied<br>10/06/05 |
| State v. Brodie<br><br>Case Below:<br>173 N.C. App. 233 | No. 568P05 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-9) | Denied<br>11/03/05 |